## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CENTRAL PENNSYLVANIA<br>TEAMSTERS PENSION FUND AND<br>JOSEPH J. SAMOLEWICZ,<br><br>                  Plaintiffs,<br><br>v.<br><br>VEHICLE SERVICES GROUP OF<br>RHODE ISLAND, INC., | :<br>:<br>:  Civil Action No.<br>:  No. 02-3687<br>:<br>:  (Judge Tucker)<br>:<br>:<br>:<br>: |

Defendant.

### NOTICE OF CHANGE OF ADDRESS

**TO:**    **Clerk of the U.S. District Court**

Kindly update the Court's records to reflect I have relocated my law practice to Stevens & Lee, P.C., 1818 Market Street, 29th Floor, Philadelphia, PA 19103.

STEVENS & LEE

By _____
      Frank C. Sabatino

Attorney for Plaintiffs

STEVENS & LEE, P.C.
1818 Market Street, 29th Floor
Philadelphia, Pa 19103
(215) 751-2884

Of Counsel.

Dated:  November 1, 2002

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Notice of Change of Address was served upon defendant on this 1st day of November, 2002 via certified and first-class mail, addressed as follows:

> Mr. Aldo Caputo
> Vehicle Services Group of Rhode Island, Inc.
> 100 Tidal Drive
> North Kingstown, Rhode Island 02852

_____

Jo Bennett