UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CENTRAL PENNSYLVANIA TEAMSTERS PENSION FUND AND JOSEPH J. SAMOLEWICZ,<br><br>            Plaintiffs,<br><br>      v.<br><br>VEHICLE SERVICES GROUP OF RHODE ISLAND, INC.,<br><br>            Defendant. | Civil Action No.<br>No. 02-3687<br><br>(Judge Tucker) |

## ENTRY OF APPEARANCE

**TO:** Clerk of the U.S. District Court

    Kindly enter my appearance as co-counsel for plaintiffs.

                                          STEVENS & LEE

                              By _____
                                   Jo Bennett

                                      Co-Counsel for Plaintiffs

STEVENS & LEE, P.C.
1818 Market Street, 29th Floor
Philadelphia, Pa 19103
(215) 751-2883

                Of Counsel.

Dated: November 1, 2002

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Entry of Appearance was served upon defendant on this 1st day of November, 2002 via certified and first-class mail, addressed as follows:

> Mr. Aldo Caputo
> Vehicle Services Group of Rhode Island, Inc.
> 100 Tidal Drive
> North Kingstown, Rhode Island 02852

_____
Jo Bennett