IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CENTRAL PENNSYLVANIA                    :
TEAMSTERS PENSION FUND and              :
JOSEPH J. SAMOLEWICZ,                    :
                                        :    CIVIL ACTION
               Plaintiffs,              :
                                        :    No. 02-3687
        v.                              :
                                        :    (Judge Tucker)
VEHICLE SERVICES GROUP OF RHODE         :
ISLAND, INC.,                           :
                                        :
               Defendant.

## **ORDER**

AND NOW, this _____ day of _____, 200___, upon consideration

of Plaintiffs' Motion for Entry of Default Judgment, and it appearing to the Court that:

1. The Complaint in the above-captioned matter was filed in this Court on

June 10, 2002;

2. That the Summons and Complaint were duly served on the defendant on

June 20, 2002;

3. That no answer or other defense has been filed or served by the said

defendant;

4. That a request for default was filed on August 8, 2002, in the office of the

Clerk of this Court; and

5. That no action has been taken by the defendant since the default was entered;

IT IS HEREBY ORDERED that judgment is hereby entered in favor of the

plaintiffs and against the defendant in the above-captioned matter, and further ORDERED

THAT:

1

SL1 304497v1/20781.008

(a)    Vehicle Services Group of Rhode Island, Inc. ("Vehicle Services") is ordered to make its delinquent contribution payments to the Central Pennsylvania Teamsters Pension Fund ("Pension Fund") within 30 days of the date of this Order, along with liquidated damages equal to the greater of 20% of the amount of the delinquent contributions or prejudgment interest, and Vehicle Services is ordered to pay interest on the delinquent contributions within 30 days after such interest is billed by the Pension Fund;

(b)    The Pension Fund shall have 30 days from the date on which payment of the delinquent contributions is received from Vehicle Services to conduct an audit to verify Vehicle Services' compliance with its benefit obligations, and Vehicle Services shall pay the costs of such audit;

(c)    Vehicle Services is ordered to pay plaintiffs' costs and attorneys fees in an amount to be determined at the time of the audit to verify Vehicle Services' compliance with its benefit obligations; and

(d)    Vehicle Services and its agents, officers, employees and assigns are permanently enjoined from any future violations of the Employee Retirement Income Security Act and the Labor Management Relations Act with respect to the Pension Fund.

_____
The Honorable Petrese B. Tucker
United States District Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CENTRAL PENNSYLVANIA          :
TEAMSTERS PENSION FUND and   :
JOSEPH J. SAMOLEWICZ,        :
                                :   CIVIL ACTION
          Plaintiffs,        :
                                :   No. 02-3687
          v.               :
                                :   (Judge Tucker)
VEHICLE SERVICES GROUP OF RHODE  :
ISLAND, INC.,            :
                                :
          Defendant.

## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

Pursuant to Federal Rule of Civil Procedure 55(b)(2), plaintiffs hereby move this

Court for entry of a judgment by default in the above-captioned case, and in support thereof aver

the following:

1.  The Complaint in this case was filed in this Court on June 10, 2002.

2.  The Summons and Complaint were duly served upon the defendant on

June 20, 2002, as evidenced by the proof of service, a copy of which is attached to the

memorandum accompanying this motion.

3.  No answer or other defense has been filed or served by the defendant.

4.  On August 8, 2002, plaintiffs filed a request for entry of default with the Clerk

of this Court.

5.  On August 8, 2002, the Clerk entered the default.

WHEREFORE, plaintiffs move this Court to enter a default judgment against

defendant and request that plaintiffs be granted the following relief:

(a)   A judgment against Vehicle Services Group of Rhode Island, Inc.

("Vehicle Services"): (1) directing it to make its delinquent contribution payments to the Central

1

Pennsylvania Teamsters Pension Fund ("Pension Fund") within 30 days of the date of this Order,

along with liquidated damages equal to the greater of 20% of the amount of the delinquent

contributions or prejudgment interest, and (2) directing Vehicle Services to pay interest on the

delinquent contributions within 30 days after such interest is billed by the Pension Fund;

        (b)   A judgment that the Pension Fund shall have 30 days from the date on

which payment is received from Vehicle Services to conduct an audit to verify Vehicle Services'

compliance with its benefit obligations and that Vehicle Services be required to pay the costs of

each audit;

        (c)   A judgment requiring Vehicle Services to pay plaintiffs' costs and

attorneys fees;

        (d)   A permanent injunction prohibiting Vehicle Services and its agents,

officers, employees and assigns from any future violations of the Employee Retirement Income

Security Act and the Labor Management Relations Act with respect to the Pension Fund; and

        (e)   Such other relief as the Court finds appropriate.

Respectfully submitted,

STEVENS & LEE

By _____
    Frank C. Sabatino
    Jo Bennett
    1818 Market Street, 29th Floor
    Philadelphia, Pennsylvania  19103
    (215) 751-2883

Attorneys for Plaintiffs

Dated:  November 1, 2002

2

SL1 304497v1/20781.008