IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CENTRAL PENNSYLVANIA TEAMSTERS PENSION FUND and JOSEPH J. SAMOLEWICZ**<br>    **Plaintiffs**<br><br>    v.<br><br>**VEHICLE SERVICES GROUP OF RHODE ISLAND, INC.,**<br>    **Defendant.** | CIVIL ACTION NO. 02-CV-3687 |

## ORDER

**AND NOW**, this 6th day of May 2003, upon consideration of Plaintiff's Substitute Motion for Default Judgment (Doc. 7), **IT IS HEREBY ORDERED and DECREED** that the Motion is **GRANTED**[1] as follows:

1. Defendant Vehicles Services Group of Rhode Island Inc. ("Vehicle Services") shall pay the Plaintiff Central Pennsylvania Teamsters Pension Fund ("Pension Fund") $8,372.93 in delinquent contributions, $2,013.44 in interest due through January 31, 2003, and liquidated damages in the amount of $2,013.44, or a total amount of $12,399.81, within thirty (30) days from the date of this Order, on or before **Monday, June 9, 2003**.

2. Pension Fund shall have thirty (30) days from the date on which payment of the delinquent contributions is received from Vehicle Services to conduct an audit to

---

[1] The complaint in the above-matter was filed on June 10, 2002. The summons and complaint were duly served on the defendant on June 20, 2002. Defendant did not file an answer or any other pleading or defense. The Clerk of the Court entered default judgment on August 8, 2002. As of the date of this Order, Defendant did not file a response to Plaintiffs' motions for default judgment.

verify Vehicles Services' compliance with its benefit obligations, and Vehicle Services shall pay the costs of such audit.

3. Defendant Vehicle Services is ordered to pay Plaintiffs' costs and attorneys fees in an amount to be determined at the time of the audit to verify Defendants' compliance with its benefit obligations.

4. Defendant Vehicle Services and its agents, officers, employees, and assigns are permanently enjoined from any future violations of the Employee Retirement Income Security Act and Labor Management Relations Act with respect to the Pension Fund.

**BY THE COURT:**

_____
**Hon. Petrese B. Tucker, U.S.D.J.**