IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CENTRAL PENNSYLVANIA TEAMSTERS PENSION FUND and JOSEPH J. SAMOLEWICZ**<br>    **Plaintiffs**<br><br>        v.<br><br>**VEHICLE SERVICES GROUP OF RHODE ISLAND, INC.,**<br>    **Defendant.** | **CIVIL ACTION NO. 02-CV-3687** |

### ORDER

**AND NOW**, this 6th day of May 2003, upon consideration of Plaintiff's Motion for Default Judgment (Doc. 6), **IT IS HEREBY ORDERED and DECREED** that the Motion is **DENIED AS MOOT**.[1]

BY THE COURT:

_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] Plaintiffs filed a substitute motion for default judgment on April 21, 2003, and the Court granted the motion on May 6, 2003.